IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM JOHNSON,

    Plaintiff,

v.

BRADLEY RUE, MARY WEAVER,
CODY PIPER, SHAWN OCHS, DEE
DEE BROOKHART, KELLY HARRIS,
ALLYSON FISCUS, and
NOREEN BAKER,

    Defendants.

Case No. 3:21-cv-00779-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of September 26, 2025 (Doc. 149), judgment is entered in favor of Defendants Bradley Rue, Mary Weaver, Cody Piper, Shawn Ochs, Dee Dee Brookhart, Kelly Harris, Allyson Fiscus, and Noreen Baker. Plaintiff William Johnson shall recover nothing, and this entire action is **DISMISSED with prejudice.**

DATED: September 26, 2025

MONICA A. STUMP,
Clerk of Court

By: s/ *Deana Brinkley*
    Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**